UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-rj-0018-MEH

TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, an express trust; and

TRUSTEES OF THE INTERNATIONAL TRAINING FUND, an express trust;

Plaintiffs,

v.

MOUNTAIN MECHANICAL ENGINEERS, INC. t/a BENJAMIN FRANKLIN PLUMBING, a/k/a BENJAMIN FRANKLIN PLUMBING OF NORTHERN COLORADO,

Defendant.

**ORDER DIRECTING GARNISHEE TO DEPOSIT JUDGMENT DEBTOR'S FUNDS INTO THE COURT REGISTRY AND FOR DISBURSEMENT OF SUCH FUNDS FROM THE COURT REGISTRY TO THE PLAINTIFFS**

THIS MATTER, coming before the Court upon the Plaintiffs' Motion for Garnishee To Deposit Judgment Debtor's Funds into the Court Registry and for Disbursement of such Funds from the Court Registry to the Plaintiffs, and the Court having examined the Motion, as well as the pleadings and papers on file herein, the Court makes the following findings and Order:

On April 28, 2009, the United States District Court for the Eastern District of Virginia, Alexandria Division, entered an Order granting Default Judgment in favor of the Plaintiffs and against the Defendant, Mountain Mechanical Engineers, Inc. t/a Benjamin Franklin Plumbing, a/k/a Benjamin Franklin Plumbing of Northern Colorado, in Civil Action No. 1:08-cv-1086 (LMB/IDD). In addition, that Court entered Judgment by Default in the amount of

$2,930.17, with interest at the rate of twelve percent (12%) to accrue from March 13, 2009, until paid.

On June 2, 2009, the United States District Court for the Eastern District of Virginia, Alexandria Division, issued a Certification of Judgment for Registration in Another District, in such case.

On August 4, 2009, the Certification of Judgment for Registration in Another District, was registered in the United States District Court for the District of Colorado, Civil Case No. 09-rj-0018.

On December 4, 2008, the Clerk issued a Writ of Garnishment – Judgment Debtor Other than Natural Person, for $2,930.71, plus $254.37 interest, and $169 taxable costs for service of the Writ, for a total of $3,154.08.

The Writ of Garnishment was served upon the Garnishee, FirstBank of Northern Colorado on December 7, 2009.

On December 9, 2009, the Garnishee filed its Answer, indicating that it holds $358.52 in a cashier's check in the name of Mountain Mechanical.

Accordingly, it is ORDERED that the Clerk shall enter judgment in favor of the Judgment Debtor, Mountain Mechanical Engineers, Inc., t/a Benjamin Franklin Plumbing, a/k/a Benjamin Franklin Plumbing of Northern Colorado and against Garnishee, FirstBank of Northern Colorado, for the use of the Judgment Creditor, Plaintiffs, Trustees of the Plumbers and Pipefitters National Pension Fund, *et al.*, for $358.52, and order such amount paid into the Registry of the Court. Garnishee shall tender its check in the amount of $358.54, payable to:

Clerk of the United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589
RE: Civil Action No. 09-rj-0018

It is FURTHER ORDERED that upon the receipt of the $358.52 into the Registry of the Court, the entire amount be disbursed to the Plaintiffs without further application or order at the following address:

> Trustees of the Plumbers and Pipefitters National Pension Fund, *et al.*
> c/o Martin D. Buckley, Esq.
> Berenbaum Weinshienk PC
> 370 17th Street, Suite 4800
> Denver, CO 80202-5698

Dated: 12\21\09

**BY THE COURT:**

_____